UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-148** |
| **VERSUS** | * | **SECTION: "H"** |
| **MARIO DELUCA** | * | |

* * *

**JOINT MOTION TO DEPOSIT RESTITUTION PAYMENTS MADE
IN ADVANCE OF SENTENCING IN THE REGISTRY OF THE COURT**

NOW INTO COURT, through undersigned counsel comes the Defendant, **MARIO DELUCA** ("Deluca"), and the United States of America, who jointly move the Court for an order directing the Clerk of Court – Financial Unit to establish an account to receive and hold (in the Registry of the Court) restitution payments made in advance of sentencing.

**Background**

On, February 24, 2021, Deluca pleaded guilty to one count of Conspiracy to Commit Health Care Fraud in violation of Title 18, U.S.C. §§ 1347 and 1349. Rec. Docs. 20, 21 (Plea Agreement and Factual Basis). As part of his plea agreement, Mr. Deluca agreed to pay $200,000 in restitution to the United States. *Id.*

**Request**

In an effort to fulfill his obligations under the plea agreement, Mr. Deluca wishes to make restitution payments to the United States in advance of sentencing. Therefore, the parties jointly move the Court for an order to establish an account to hold Mr. Deluca's restitution payments made in advance of sentencing in the registry of the Court. The parties also request that, upon entry of the Judgement of Conviction, this Honorable Court orders the funds deposited in advance of sentencing be released and applied towards the total restitution amount imposed

in the case at sentencing.

**WHEREFORE**, the parties jointly and respectfully request the Court to grant the motion and direct the Clerk of Court to establish an account to hold restitution payments made in advance of sentencing in the registry of the Court, pending further orders of the Court.

Respectfully,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Kathryn M. McHugh*
KATHRYN M. MCHUGH
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3043
kathryn.mchugh@usdoj.gov

*s/Walter Becker*
WALTER BECKER
Chaffe McCall
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: 504-585-7046
becker@chaffe.com
*Counsel for Mario Deluca*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2022, I electronically field the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filingto all counsel of record.

*s/Kathryn M. McHugh*
KATHRYN M. MCHUGH